■ CHARLES KUTAS, Appellant, v NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Respondent. CHARLES KUTAS, Appellant, v NEW YORK STATE, Respondent.—Appeals from a judgment, Supreme Court, New York County (Elliott Wilk, J.), entered on March 10, 1986, and an order of the Court of Claims (Frank Rossetti, J.), entered on June 15, 1987, are

withdrawn, as moot, and the order of this court entered on January 26, 1989 (146 AD2d 542) and the memorandum decision filed therewith are vacated. No opinion. Concur—Asch, J. P., Rosenberger, Ellerin and Smith, JJ.